# UNITED STATES DISTRICT DISTRICT COURT

for the
District of Massachusetts
Worcester Division

| | |
|---|---|
| Kemeh, Kevin Dela | Case No. 21CV-40103-TSH |
| **Plaintiff**, | |
| vs. | **Jury Trial: NO** |
| **MASSACHUSETTS REGISTRY OF MOTOR VEHICLES** | |
| **Defendants**, | |

## Jurisdiction;Federal Question

1.)  18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

## Venue

2.) Kemeh, Kevin Dela, **one of the people of Massachusetts, state**, Sui Juris De Jure

**Property located in Massachusetts, State.**

MASSACHUSETTS REGISTRY OF MOTOR VEHICLES, **located in Massachusetts, State**.

## Parties

**Plaintiff (Kemeh, Kevin Dela)** inhabits the land of Massachusetts;

> **In care of**: 48 Bellvista Road
> Worcester, Massachusetts 01602
> **Contact**: 774-437-8178
> **Email**: kevindelakem@gmail.com

**Foreign National**

**Defendants: MASSACHUSETTS REGISTRY OF MOTOR VEHICLES**

**Address:** Registry of Motor Vehicles
PO Box 55889, Boston, MA 02205

## Declarations (Statement of Facts)

Plaintiff has a contract with the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES for a Drivers Permit/License. The contract has been present for about a year and a half now.

Plaintiff realized his contract with MASSACHUSETTS REGISTRY OF MOTOR VEHICLES is **FRAUDULENT.**

Plaintiff **BEARS** the **"CERTIFICATE OF TITLE"** of an automobile. The automobile is **NOT REGISTERED** with the State of Massahcuetts, therefore, Plaintiff **HOLDS THE HIGHEST CLAIM TO THE AUTOMOBILE**.

Plaintiff's automobile is **HELD IN A FOREIGN TRUST.** Plaintiff's automobile is **PRIVATE PROPERTY** with **NO INTEREST**, therefore, it **CANNOT BE REGISTERED** with the state.

Plaintiff sent a rescission of signature letter to the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES with USPS to **RESCIND HIS FRAUDULENT CONTRACT** with the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES **AND STOP THEM FROM USING THE VEHICLE IDENTIFICATION NUMBER HIS PRIVATE AUTOMOBILE**.

Plaintiff **RECEIVED THE SIGNATURE RETURN RECEIPT** from MASSACHUSETTS REGISTRY OF MOTOR VEHICLES; **CONFIRMING** they received the letter from Plaintiff.

Despite having received the letter from Plaintiff, the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES did not rescind the contract with Plaintiff or stop using the V.I.N. number of his private automobile.

Plaintiff assumed the letter might have been lost administratively. He found it hard to believe considering they **SIGNED THE SIGNATURE RETURN RECEIPT UPON RECEIVING THE LETTER**.

Plaintiff **SENT ANOTHER LETTER** to the MASSACHUSETTS REGISTRY OF MOTOR VEHICLES.

MASSACHUSETTS REGISTRY OF MOTOR VEHICLES also **RECEIVED THE SECOND LETTER**. They still **REFUSED** to **RESCIND THE FRAUDULENT CONTRACT** and stop the use of **THE VEHICLE IDENTIFICATION NUMBER OF A PRIVATE AUTOMOBILE**.

MASSACHUSETTS REGISTRY OF MOTOR VEHICLES failed to rescind a fraudulent contract upon request and kept using the **VEHICLE IDENTIFICATION NUMBER OF A PRIVATE AUTOMOBILE.**

**Defendant is**:

*Impeding a foreign trust

*Unlawfully using the vehicle identification number of a private automobile with no interest.

*Unlawfully holding Plaintiff in a fraudulent contract

(failure to rescind a fraudulent contract upon demand)

## Request for Relief

Plaintiff requests $5,000,000 in damages and asks the court to instruct Defendant to rescind the fraudulent contract with Plaintiff and stop the use of the vehicle identification number of a private automobile.

*Seal*

Respectfully,

*Kemeh, Kevin Dela*

*10/4/2021*   EXECUTOR

Notary as JURAT CERTIFICATE

Massachusetts    [State] }
Worcester    [County] }

On this 4th day of October , 20 21 before me,

Notary Public- State of Massachusetts

Kevin Kemeh    who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same as man, one of the people of Massachusetts, state, Sui Juris De jure, stated in document and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.

I verify under PENALTY OF PERJURY under the lawful laws of Massachusetts, State, that all the paragraphs on this document is true and correct. WITNESS my autograph and seal

_____

Signature of Notary/Jurat

*Notary Seal*



Alan T Ebireri
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
July 11, 2025