# In This Court Of Record At The United States District Court
## District of Massachusetts;Worcester Division

FILED IN CLERK'S OFFICE
DEC 27 '21 AM 9:43 USDC MA

| | |
|---|---|
| **Kemeh, Kevin Dela** | Case No: 21-cv-40103-TSH |
| **Plaintiff,** | |
| vs. | |
| **MASSACHUSETTS REGISTRY OF MOTOR VEHICLES** | |
| **Defendants,** | |

## PRAECIPE TO CLOSE

Plaintiff wishes to open a new case for this matter.

**DIRECTIONS TO CLERK**; Strike all documents plaintiff filed, terminate all pending motions and close this case without prejudice.

**Date:12/27/2021**

**Copies To: Defendants**

I verify under the penalty of perjury this document is true

Kemeh Kevin Dela

*/signature/*